United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MALINKA TACUMA WADE MOYE,

    Petitioner,

vs.

GEORGE GASCON, et. al.,

    Respondent.
_____/

No. C 13-1785 PJH (PR)

**ORDER OF DISMISSAL**

    Petitioner, a prisoner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the initial review order the court dismissed the petition with leave to amend as petitioner had presented claims that were legally insufficient. Although the time to amend has expired, petitioner has not amended or otherwise communicated with the court. This case is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

Dated: July 2, 2013.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\HC.13\Moye1785.dsm-fta.wpd